proceed *in forma pauperis* [560 U.S. 902] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 09–10453. GRAVENHORST *v.* UNITED STATES. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U.S. 938] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 09–10460. TAYLOR *v.* DEGROTT ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [561 U.S. 1021] denied.

No. 09–10504. SCHRADER *v.* NEW MEXICO ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [561 U.S. 1022] denied.

No. 09–10505. SHAHIN *v.* DELAWARE DEPARTMENT OF FINANCE. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [561 U.S. 1004] denied.

No. 09–10619. ROGERS *v.* SCHAPIRO, CHAIRMAN, SECURITIES AND EXCHANGE COMMISSION, ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [560 U.S. 950] denied.

No. 09–10698. PERUZOVIC *v.* MILEY ET AL. Ct. Sp. App. Md.;
No. 09–10896. CHRISTIAN *v.* FRANK BOMMARITO OLDSMOBILE, INC., DBA BOMMARITO INFINITY. C. A. 8th Cir.;
No. 09–10905. MUSLEVE *v.* MUSLEVE. Ct. App. Ohio, Stark County;
No. 09–10937. WARREN *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir.;
No. 09–11126. DOE *v.* DUNCAN ET AL. Sup. Ct. S. C.;
No. 09–11257. DEW *v.* OHIO. Ct. App. Ohio, Mahoning County;
No. 09–11480. DAY *v.* MINNESOTA ET AL. C. A. 8th Cir.;
No. 09–11527. ELLIS *v.* SMITHKLINE BEECHAM 'CORP., DBA GLAXOSMITHKLINE. C. A. 9th Cir.;
No. 10–5022. SNYDER *v.* UNITED STATES. C. A. 4th Cir.;
No. 10–5135. WOOTEN *v.* CALIFORNIA ET AL. C. A. 9th Cir.;

No. 10–5334. MAYBERRY ET AL. *v.* JACKSON, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. 10th Cir.;

No. 10–5350. RODRIGUEZ-AYALA *v.* AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. C. A. 1st Cir.;

No. 10–5432. MCCORD ET UX. *v.* ALABAMA. C. A. 11th Cir.;

No. 10–5567. MURRAY *v.* AT&T MOBILITY LLC. C. A. 7th Cir.;

No. 10–5569. SHULMAN *v.* BLUECROSS BLUESHIELD OF SOUTH CAROLINA. C. A. 4th Cir.;

No. 10–5720. ROBERTSON *v.* CREE, INC. C. A. 4th Cir.;

No. 10–5783. HERNANDEZ-ANGUIANO *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir.;

No. 10–5867. CHAN *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir.;

No. 10–5937. GUYTON, EXECUTOR OF THE ESTATE OF GUYTON *v.* UNITED STATES. C. A. 11th Cir.; and

No. 10–5946. ROBINSON *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 25, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 09–10808. FRANKLIN *v.* CHATTERTON ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [561 U. S. 1022] denied.

No. 10–5221. ZERILLI-EDELGLASS *v.* NEW YORK CITY TRANSIT ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 10–5328. TILLMAN *v.* NEW LINE CINEMA ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.